UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JUL 21 2022
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO. 1:22-cr-90-SEB-DML |
| V. ) | |
| ) | |
| KYREE HARRIS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

COUNT 1
18 U.S.C. §§ 922(g)(1) and 924(e)
Unlawful Possession of a Firearm by a Convicted Felon

On or about June 17, 2022, within the Southern District of Indiana, Indianapolis Division, KYREE HARRIS, the defendant herein, did knowingly possess in and affecting commerce a firearm, to wit: a Smith and Wesson SCCY, CPX-2, 9mm handgun bearing serial number 709392, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, each of which felony crimes were committed on occasions different from each other, to wit:

    Interference with Commerce by Threats of Violence on October 19, 2015, at Safeway foods, convicted in U.S. District Court for the Southern District of Indiana, in Cause Number 16-CR-0184-TWP-DML, on or about January 26, 2017.

    Interference with Commerce by Threats of Violence on October 26, 2015, at Rich Oil convenience store, convicted in U.S. District Court for the Southern District of Indiana, in Cause Number 16-CR-0184-TWP-DML, on or about January 26, 2017.

    Interference with Commerce by Threats of Violence on October 26, 2015, at Safeway Foods, convicted in U.S. District Court for the Southern District of Indiana, in Cause Number 16-CR-0184-TWP-DML, on or about January 26, 2017.

Interference with Commerce by Threats of Violence on October 31, 2015, at Family Dollar 1, convicted in U.S. District Court for the Southern District of Indiana, in Cause Number 16-CR-0184-TWP-DML, on or about January 26, 2017.

Interference with Commerce by Threats of Violence on October 31, 2015, at Family Dollar 2, convicted in U.S. District Court for the Southern District of Indiana, in Cause Number 16-CR-0184-TWP-DML, on or about January 26, 2017.

Interference with Commerce by Threats of Violence on November 5, 2015, at Safeway Foods, convicted in U.S. District Court for the Southern District of Indiana, in Cause Number 16-CR-0184-TWP-DML, on or about January 26, 2017.

in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE

1. The allegations in Count One of this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of any of the offenses set forth in Count One, the defendant herein, shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm, ammunition or magazine involved in or used in any of the offenses of which he is convicted.

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Jeremy C. Fugate
Assistant United States Attorney