UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JUL 21 2022
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CAUSE NO. 1:22-cr-90-SEB-DML
)
KYREE HARRIS, )
)
Defendant. )

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Unlawful Possession of a Firearm by a Convicted Felon 18 U.S.C. §§ 922(g)(1) and 924(e) | 15-life | NMT $250,000 | NMT 3 years |

Dated: _____

_____
Kyree Harris
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana