UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cr-00090-SEB-KMB ) |
| KYREE BRICE HARRIS, | ) ) ) |
| Defendant. | ) |

## VERDICT

With respect to the charge of Unlawful Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1) and 924(e), as described in the Indictment, we, the jury, unanimously find the defendant Kyree Brice Harris:

GUILTY __✓__          NOT GUILTY _____

When you have reached a verdict, the Presiding Juror should sign and date in the lines below and contact the bailiff.

__May 2, 2023__

Date                                          Presiding Juror

1